UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ENRIQUE R. CORDOVA,

    Plaintiff,

v.

POLICE OFFICER JEFF ELY,

    Defendant.

NO. CV-11-3066-CI

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Imbrogno filed a Report and Recommendation on July 16, 2012, recommending Defendant's Motion for Summary Judgment Dismissal be granted and all claims against Defendant be dismissed with prejudice. ECF No. 31. Objections were due on or before July 30, 2012. There being no objections filed, the Court **ADOPTS** the Report and Recommendation's analysis and conclusion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Summary Judgment, **ECF No. 20**, is **GRANTED**.

2. All claims against Defendant are **DISMISSED with prejudice**.

3. All pending trial and hearing dates are **STRICKEN**.

///
///
///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

4.  This file shall be **CLOSED** and **JUDGMENT** shall be **ENTERED** in Defendant's favor.

**IT IS SO ORDERED.**  The District Court Executive shall forward copies of this Order to Plaintiff and counsel for Defendant.

Dated this 14th day of August 2012.

                    S/ Edward F. Shea
                     EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Civil\2011\3066.adopt.r.r.lc2.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2