UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENRIQUE R. CORDOVA, | ) |
| Plaintiff, | ) |
| | ) CV-11-3066-CI |
| v. | ) |
| | ) **JUDGMENT** |
| ELDON VAIL, et al., | ) |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**. Defendant's Motion for Summary Judgment is **GRANTED.** All claims against Defendant are **DISMISSED with prejudice.** All pending trial and hearing dates are **STRICKEN.** Judgment is entered for Defendant.

DATED: August 14, 2012

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk