UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENRIQUE R. CORDOVA,<br><br>        Plaintiff,<br><br>   vs.<br><br>POLICE OFFICER JEFF ELY,<br><br>        Defendant. | NO.  CV-11-3066-CI<br><br>**ORDER DENYING DEFENDANT'S<br>MOTION FOR ATTORNEY FEES AND COSTS** |

Judgment was entered in Defendant Jeff Ely's favor on August 14, 2012.  ECF No. 33.  Thereafter, Defendant filed a Motion for Attorney Fees and a proposed Bill of Costs.  ECF Nos. 34 & 38.  On October 22, 2012, Magistrate Judge Cynthia Imbrogno recommended the Court deny Defendant's motion and decline to award costs because *pro se* Plaintiff Enrique Cordova's unmeritorious claims were not frivolous.  ECF No. 39. No objections were filed to the Magistrate Judge's Report and Recommendation.

After reviewing the Report and Recommendation in light of the record, **IT IS HEREBY ORDERED**:

1. The Magistrate Judge's Report and Recommendation, **ECF No. 39**, is **ADOPTED** in its entirety.

///

//

/

ORDER - 1

2. Defendant's Motion for Attorney Fees, **ECF No. 34**, and Proposed Bill of Costs, **ECF No. 38**, are **DENIED**. Both parties shall bear their own costs.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide a copy to Plaintiff and defense counsel.

**DATED** this ___8th___ day of November 2012.

                        S/ Edward F. Shea
                        EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2011\3066.adopt.r.r.costs.wpd

ORDER - 2